

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

[212-416-8118]

October 5, 2007

By Fax: 212-805-6191
Honorable Barbara S. Jones
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007



Re: Richardson v. C.O. Darden, et. al., 07 CV 6594 (BSJ)

Your Honor:

    I am an Assistant Attorney General in the Office of Andrew M. Cuomo, Attorney General of the State of New York, assigned to the defense of this matter. I write on behalf of defendants Commissioner Brian Fischer, Deputy Superintendent for Security William Lee, Correction Officer Lewis and Correction Officer Aponte to respectfully request a forty-five (45) day enlargement of time to answer, move or otherwise respond to the Complaint from October 9, 2007 until November 26, 2007. On information and belief, plaintiff has yet to serve Correction Officer Darden and, therefore, he has not yet requested representation from this office.

    An extension of time is necessary to afford plaintiff the opportunity to serve the remaining defendant. Once all the defendants have been served, additional time is needed to investigate the facts alleged in the complaint, obtain the necessary documents, and prepare an appropriate response on behalf of the defendants Fischer, Lee, Lewis and Aponte. I note that by making this request on behalf of defendants Fischer, Lee, Lewis and Aponte, I am not waiving any possible defenses that they may have, including the lack of personal jurisdiction.

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 - Not For Service of Papers
http://www.oag.state.ny.us

I did not request the consent of incarcerated plaintiff pro se to extend defendants Ludlow and Ferguson's time to respond to the complaint because I wanted to make this request on behalf of defendants forthwith. No previous requests for an extension of time to move or answer have been made.

Accordingly, I request that defendant's time to respond to the complaint be enlarged to November 26, 2007.

I thank the Court for its consideration in this matter.

Respectfully submitted,

Julinda Dawkins
Assistant Attorney General

cc: Jonathan Richardson
Plaintiff Pro Se
DIN #: 06-A-0569
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

Application Granted.

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
10/5/07