

## STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

[212-416-8118]

November 26, 2007

By Fax: 212-805-6191
Honorable Barbara S. Jones
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/28/07 de

Re: Richardson v. C.O. Darden, et. al., 07 CV 6594 (BSJ)

Your Honor:

    I am an Assistant Attorney General in the Office of Andrew M. Cuomo, Attorney General of the State of New York, assigned to the defense of this matter. I write on behalf of defendants Commissioner Brian Fischer, Deputy Superintendent for Security William Lee, Correction Officers Lewis, Aponte and Darden to respectfully request a one-week enlargement of time to respond to the Complaint.

    An extension of time is necessary because defendants intend to file a motion to dismiss the complaint pursuant to Rule 12(b)(6) of the Fed. R. Civ. P. for plaintiff's failure to exhaust his administrative remedies on behalf of all defendants and for lack of personal involvement on behalf of defendants Fischer and Lee. However, due to the Thanksgiving holiday, defendants were unable to secure the necessary declarations to attach as exhibits. Therefore, defendants request an additional week until December 3, 2007 to submit its response to the complaint.

    I did not request the consent of incarcerated plaintiff pro se to extend defendants time to respond to the complaint because I wanted to make this request on behalf of defendants forthwith. One previous request for an extension of time to respond to the complaint has been

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 *Not For Service of Papers
http://www.oag.state.ny.us

made and was granted.

Accordingly, I request that defendants' time to respond to the complaint be enlarged to December 3, 2007.

I thank the Court for its consideration in this matter.

Respectfully submitted,

Julinda Dawkins
Assistant Attorney General

cc: Jonathan Richardson
Plaintiff Pro Se
DIN #: 06-A-0569
Sullivan Correctional Facility
P.O. Box 116
Fallsburg, New York 12733-0116

Application is granted.
So ordered.
Barbara S. Jones
USDJ
11/28/07