```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JONATHAN RICHARDSON                 :
                                    :    07 Civ. 6594 (BSJ)
                 Plaintiff,         :
                                    :         ORDER
           v.                       :
                                    :
C.O. DARDEN et al                   :
                                    :
                 Defendants.        :
------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

The Court is in receipt of Defendants' motion to dismiss the complaint in the above-captioned case, which was filed on December 3, 2007. To date, Plaintiff, who is proceeding in this action pro se, has not responded to Defendants' motion. Accordingly, Plaintiff shall have thirty (30) days within which to file a response. If Defendant fails to file a response on or before October 1, 2008, the motion to dismiss will be decided unopposed.

Plaintiff is advised that any further questions or concerns may be directed to the Pro Se Office.

**SO ORDERED:**

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          September 2, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08
```